UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RICHARDSON M. ROBERTS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-0055 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| **FINANCIAL TECHNOLOGY, VENTURES,** | ) | |
| **L.P.; FINANCIAL TECHNOLOGY** | ) | |
| **VENTURES II, L.P.; FINANCIAL** | ) | |
| **TECHNOLOGY VENTURES(Q), L.P.;** | ) | |
| **FINANCIAL TECHNOLOGY VENTURES** | ) | |
| **ii (Q), L.P.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 117) is **GRANTED** and the defendants' Motion to Certify Question of Law (Docket No. 123) is **DENIED** as moot. This case is **DISMISSED**.

It is so ordered.

Enter this 23rd day of October 2007.

_____
ALETA A. TRAUGER
United States District Judge